31 A.3d 621

MARK TANNEN, PLAINTIFF–APPELLANT, v. WENDY TANNEN, DEFENDANT–RESPONDENT, v. WENDY TANNEN TRUST, WENDY G. TANNEN, LEONARD J. PHILLIPS AND GLORIA PHILLIPS, AS TRUSTEES, PHILLIPS FAMILY DYNASTY TRUST, WENDY G. TANNEN AND ROBERT A. BERTHA, CPA, AS TRUSTEES, BLAKE GORDON TANNEN TRUST, WENDY G. TANNEN, AS TRUSTEE, AND ELIZABETH ROSE TANNEN TRUST, WENDY G. TANNEN, AS TRUSTEE, THIRD–PARTY DEFENDANTS–RESPONDENTS.

MARK TANNEN, PLAINTIFF–RESPONDENT AND CROSS–APPELLANT, v. WENDY TANNEN, DEFENDANT, v. WENDY TANNEN TRUST, WENDY G. TANNEN, LEONARD J. PHILLIPS AND GLORIA PHILLIPS, AS TRUSTEES, PHILLIPS FAMILY DYNASTY TRUST, WENDY G. TANNEN AND ROBERT A. BERTHA, CPA, AS TRUSTEES, BLAKE GORDON TANNEN TRUST, WENDY G. TANNEN, AS TRUSTEE, AND ELIZABETH ROSE TANNEN TRUST, WENDY G. TANNEN, AS TRUSTEE, THIRD–PARTY DEFENDANTS–APPELLANTS.

Argued September 13, 2011—Decided December 8, 2011.

*Edward S. Snyder* argued the cause for appellant (*Snyder & Sarno*, attorneys; *Mr. Snyder* and *Tracey Alfano* on the brief).

*Jay J. Rice* argued the cause for respondents Wendy Tannen Trust, et al. (*Nagel Rice*, attorneys; *Mr. Rice* and *Randee M. Matloff* on the briefs).

*Shelley D. Albert* argued the cause for respondent Wendy Tannen (*Dario Yacker Suarez & Albert*, attorneys).

*Glenn A. Henkel* argued the cause for amicus curiae New Jersey State Bar Association (*Richard H. Steen*, President, attorney; *Mr. Steen*, of counsel; *Mr. Henkel, Martin L. Bearg, Lawrence A. Friedman, Richard H. Greenberg, Stephanie F. Hagan, Richard Kahn, Jeralyn L. Lawrence, Daniel M. Serviss, and Thomas J. Snyder* on the brief).

PER CURIAM.

The judgment of the Appellate Division is affirmed, substantially for the reasons expressed in Judge Messano's opinion of the Appellate Division reported at 416 *N.J.Super.* 248, 3 *A.*3d 1229 (2010).

*For affirmance*—Chief Justice RABNER, and Justices LONG, LaVECCHIA, ALBIN, HOENS, and PATTERSON—6.

*Opposed*—None.

*Not Participating*—Judge WEFING (temporarily assigned)—1.